# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| JERRY WATKINS AND PAMELA HAGAN, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) 5:19-cv-00146-KDB-DSC<br>) |
| UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## ORDER GRANTING STAY OF FURTHER PROCEEDINGS

**THIS MATTER** comes before the Court on the parties' Joint Motion to Stay Further Proceedings. (Doc. No. 9). For good cause shown, this Motion is **GRANTED** and further proceedings in this case are **STAYED** until resolution of an appeal currently pending before the North Carolina Supreme Court in *Accardi v. Hartford Underwriters Insurance Co.*, Case No. 42A19.

**IT IS THEREFORE ORDERED** that further proceedings in this case are stayed until resolution of an appeal currently pending before the North Carolina Supreme Court in *Accardi v. Hartford Underwriters Insurance Co.*, Case No. 42A19.

**IT IS FURTHER ORDERED** that the time for UPCIC to answer or otherwise respond to the Complaint in this action is tolled until twenty-one days following the issuance of the North Carolina Supreme Court's decision in the *Accardi* case.

**SO ORDERED**.

Signed: February 18, 2020

David S. Cayer
United States Magistrate Judge